## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DR. JOSEPH CHIDI ANORUO, | ) |
| Plaintiff, | ) ) ) |
| v. | )     2:11-cv-02070-MMD-CWH ) |
| | ) **MINUTE ORDER** |
| ERIK K. SHINSEKI, *et al.*, | ) ) |
| Defendants. | ) ) Dated: June 27, 2012 |

PRESENT: THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT: Mai Tieu    RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

    Before the court is defendants' Motion to Defer Early Neutral Evaluation Session. (#18). No Opposition has been filed.

    IT IS ORDERED that the defendants' Motion to Defer Early Neutral Evaluation Session (#18) is DENIED.

    IT IS THEREFORE ORDERED that lead trial counsel, all parties appearing *pro se*, if any, and all individual parties must be present at the Early Neutral Evaluation currently scheduled for July 13, 2012, at 9:00 a.m. The parties' written confidential statements are due on or before July 6, 2012, by 4:00 p.m.

                                                   **CAM FERENBACH**
                                                   **UNITED STATES MAGISTRATE JUDGE**