# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DR. JOSEPH CHIDI ANORUO,<br><br>        Plaintiff,<br><br>v.<br><br>ERIK K. SHINSEKI, *et al.*,<br><br>        Defendants. | 2:11-cv-02070-MMD-CWH<br><br>**MINUTE ORDER**<br><br>Dated:  June 27, 2012 |

PRESENT:    THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:    Mai Tieu        RECORDER:    None

COUNSEL FOR PLAINTIFF(S):                    None Appearing

COUNSEL FOR DEFENDANT(S):                  None Appearing

      Before the court is defendants' Motion to Defer Early Neutral Evaluation Session. (#18). No Opposition has been filed.

      IT IS ORDERED that the defendants' Motion to Defer Early Neutral Evaluation Session (#18) is DENIED.

      IT IS THEREFORE ORDERED that lead trial counsel, all parties appearing *pro se*, if any, and all individual parties must be present at the Early Neutral Evaluation currently scheduled for July 13, 2012, at 9:00 a.m.  The parties' written confidential statements are due on or before July 6, 2012, by 4:00 p.m.

                               **CAM FERENBACH**
                               **UNITED STATES MAGISTRATE JUDGE**